K&G LAW LLC
LAURA A. GENOVESE (Admitted Pro Hac Vice)
lgenovese@kassgen.com
602 South Bethlehem Pike
Building B, Second Floor
Ambler, Pennsylvania 19002

Telephone: (267) 468-7961
Facsimile: (267) 468-7140

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendant
PRIMITIVES BY KATHY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINE N. TRICE, <br><br> Plaintiff, <br><br> v. <br><br> PRIMITIVES BY KATHY, INC., and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:17-CV-00586-TLN-CKD <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, AND RELATED DEADLINES** <br><br><br> Complaint Filed: March 20, 2017 <br> Trial Date: Not Yet Set |

## **RECITALS**

In the captioned action, Plaintiff CHRISTINE N. TRICE and Defendant PRIMITIVES BY KATHY, INC. have recently initiated settlement discussions that may result in a resolution of the case. In order to fully accommodate those settlement discussions in a manner that avoids potentially unnecessary court filings, the parties wish to extend the current deadline for Defendant to respond to Plaintiff's Complaint for a period of 31 days, and to continue the Rule 26-related deadlines specified in the Court's Order Requiring Joint Status Report (CM/ECF Doc. No. 3) for a like period.

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1597465.1     2:17-CV-00586-TLN-CKD
STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, ETC.

# STIPULATION

2  Pursuant to Local Rule 144(a), the parties, by and through their duly-authorized attorneys,

3  HEREBY STIPULATE AND AGREE as follows:

4  1.  Defendant shall have an additional thirty-one (31) days in which to respond to the

5  Complaint filed in this matter.  The initial deadline for Defendant's response

6  (following Defendant's waiver of service under Federal Rule of Civil Procedure 4(d))

7  is May 19, 2017; pursuant to the instant stipulation, the new deadline for Defendant to

8  file and serve its response to Plaintiff's Complaint shall be *June 19, 2017*, inclusive.

9  2.  The deadline for the parties to confer as required by Federal Rule of Civil Procedure

10  26(f) and Paragraph 4 of the Court's aforementioned Order Requiring Joint Status

11  Report shall be continued to *July 21, 2017*, inclusive.

12  3.  The deadline for the parties to prepare and submit the Joint Status Report required by

13  Paragraph 4 of the Court's aforementioned Order Requiring Joint Status Report shall

14  be continued to *July 21, 2017*, inclusive.

15  4.  The deadline for the parties to exchange their Initial Disclosures shall be continued to

16  *August 4, 2017*, inclusive.

17  SO STIPULATED.

18  DATED:  May 16, 2017          WILKE, FLEURY, HOFFELT,
                                   GOULD & BIRNEY, LLP

By:  /s/ Daniel L. Baxter
       DANIEL L. BAXTER
       Attorneys for Defendant
       PRIMITIVES BY KATHY, INC.

**[Additional Signatures on Next Page]**

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1597465.1                    -1-                    2:17-CV-00586-TLN-CKD
STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, ETC.

| | |
|---|---|
| 1 | DATED: May 16, 2017            DICKENSON PEATMAN & FOGARTY P.C. |

By:     /s/ Christopher J. Passarelli
CHRISTOPHER J. PASSARELLI
Attorneys for Plaintiff
CHRISTINE N. TRICE

**ORDER**

IT IS SO ORDERED.

Dated: May 16, 2017

Troy L. Nunley
United States District Judge

1597465.1      -2-      2:17-CV-00586-TLN-CKD
STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, ETC.

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO