K&G LAW LLC
LAURA A. GENOVESE (Admitted Pro Hac Vice)
lgenovese@kassgen.com
602 South Bethlehem Pike
Building B, Second Floor
Ambler, Pennsylvania 19002

Telephone: (267) 468-7961
Facsimile: (267) 468-7140

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. BAXTER (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendant
PRIMITIVES BY KATHY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINE N. TRICE, <br><br> Plaintiff, <br><br> v. <br><br> PRIMITIVES BY KATHY, INC., and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:17-CV-00586-TLN-CKD <br><br> **SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, AND RELATED DEADLINES** <br><br><br> Complaint Filed: March 20, 2017 <br> Trial Date: Not Yet Set |

## **RECITALS**

On May 16, 2017, the Court—pursuant to the stipulation of Plaintiff CHRISTINE N. TRICE and Defendant PRIMITIVES BY KATHY, INC—entered an order continuing Defendant's deadline to respond to Plaintiff's Complaint filed herein, and additionally extended certain related deadlines pertaining to the parties' Joint Status Report and Initial Disclosures. (CM/ECF Doc. No. 10.) Per that stipulation and order, Defendant's deadline to respond to Plaintiff's Complaint falls on June 19, 2017.

Since the Court's entry of its order, the parties continue to engage in intensive settlement negotiations that they believe will likely resolve the case. Unfortunately, those negotiations have not yet produced a final agreement. Hence, in the hopes of concluding their negotiations without the need to submit imminent court filings, the parties wish to secure one further and final 30-day extension for Defendant to respond to Plaintiff's Complaint, and to continue the Rule 26-related deadlines specified in the Court's Order Requiring Joint Status Report (CM/ECF Doc. No. 3) for a like period. Should a full settlement not be forthcoming within that additional 30-day time period, Defendant will file its response in accordance with the new deadline, with no further extension requests.

## **STIPULATION**

Pursuant to Local Rule 144(a), the parties, by and through their duly-authorized attorneys, HEREBY STIPULATE AND AGREE as follows:

1. Defendant shall have an additional thirty (30) days in which to respond to the Complaint filed in this matter. The initial deadline for Defendant's response (following Defendant's waiver of service under Federal Rule of Civil Procedure 4(d)) was May 19, 2017, with a prior extension granted to June 19, 2017; pursuant to the instant stipulation, the new deadline for Defendant to file and serve its response to Plaintiff's Complaint shall be *July 19, 2017*, inclusive.

2. The deadline for the parties to confer as required by Federal Rule of Civil Procedure 26(f) and Paragraph 4 of the Court's aforementioned Order Requiring Joint Status Report shall be continued to *August 18, 2017*, inclusive.

3. The deadline for the parties to prepare and submit the Joint Status Report required by Paragraph 4 of the Court's aforementioned Order Requiring Joint Status Report shall be continued to *August 18, 2017*, inclusive.

4. The deadline for the parties to exchange their Initial Disclosures shall be continued to *September 1, 2017*, inclusive.

*[Signatures on Next Page]*

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1614827.1 -1- 2:17-CV-00586-TLN-CKD
SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, ETC.

SO STIPULATED.

DATED: June 21, 2017  WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP


By: _/s/ Daniel L. Baxter_
DANIEL L. BAXTER
Attorneys for Defendant
PRIMITIVES BY KATHY, INC.


DATED: June 21, 2017  DICKENSON PEATMAN & FOGARTY P.C.


By: _/s/ Christopher J. Passarelli_
CHRISTOPHER J. PASSARELLI
Attorneys for Plaintiff
CHRISTINE N. TRICE

**ORDER**

IT IS SO ORDERED.

Dated: June 21, 2017

Troy L. Nunley
United States District Judge