CHRISTOPHER J. PASSARELLI, State Bar No. 241174
JOY L. DURAND, State Bar No. 245413
DICKENSON, PEATMAN & FOGARTY
1455 First Street, Suite 301
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 255-6876

Attorneys for Plaintiff
CHRISTINE N. TRICE


DANIEL L. BAXTER, State Bare No. 203862
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone: (916) 441-2430

LAURA A. GENOVESE, *Pro Hac Vice*
K & G LAW LLC
602 S. Bethlehem Pike, Bldg. B, 2nd Fl.
Ambler, Pennsylvania 19002
Telephone: 267-468-7961

Attorneys for Defendant
PRIMITIVES BY KATHY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE N. TRICE,<br><br>   Plaintiff,<br><br>vs.<br><br>PRIMITIVES BY KATHY, INC.,<br><br>   Defendant. | CASE NO. 17-cv-00586-TLN-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS AWARDED TO ANY PARTY** |

STIPULATION AND ORDER FOR DISMISSAL    1

WHEREAS, on or about June 29, 2017, Plaintiff CHRISTINE N. TRICE ("Plaintiff"), and Defendant PRIMITIVES BY KATHY, INC. ("Defendant") (collectively, the "Parties"), entered into a settlement agreement (the "Settlement Agreement"), fully and finally releasing each other for any and all claims and defenses that were or could have been brought in this action, upon full compliance with the terms of the Settlement Agreement;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to the approval of the Court, that:

1. This action and all related claims be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without attorneys' fees or costs awarded to any party;

2. The Court shall retain jurisdiction over the Parties and any others who are subject to the Settlement Agreement for purposes of enforcing, interpreting, or deciding any claim of breach of the Settlement Agreement.

IT IS SO STIPULATED.

Dated: June 30, 2017            DICKENSON, PEATMAN & FOGARTY

                                By /s/ Christopher J. Passarelli
                                   Christopher J. Passarelli
                                   Joy L. Durand

                                Attorneys for Plaintiff,
                                Christine N. Trice


Dated: June 30, 2017            K & G LAW LLC

                                By /s/ Laura A. Genovese
                                   Laura A. Genovese

                                Attorneys for Defendant,
                                Primitives by Kathy, Inc.

STIPULATION AND ORDER FOR DISMISSAL            2

# ORDER

Pursuant to the Stipulation of Plaintiff CHRISTINE N. TRICE and Defendant PRIMITIVES BY KATHY, INC. (collectively, the "Parties"), and good cause being shown thereby, it is hereby ORDERED that:

1. This action is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without attorneys' fees or costs awarded to any party;

2. The Court shall retain jurisdiction over the Parties, and any others who are subject to the Settlement Agreement entered into between the parties to this action, for the purposes of enforcing, interpreting, or deciding any claim of breach of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: July 5, 2017

Troy L. Nunley
United States District Judge